IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARK SHURISH, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-10-CA-044-LY |
| | § | |
| JAMES R. WILSON, SHERIFF, | § | |
| WILLIAMSON COUNTY, TEXAS; | § | |
| JOHN DOES 1-10, | § | |
| DEFENDANT. | § | |

**ORDER**

Before the Court are Defendant Wilson's Motion to Stay Scheduling Order and Scheduling Order Deadlines filed February 23, 2011 (Clerk's Document No. 15) and Suggestion of Death Upon the Record filed January 14, 2011 (Clerk's Document No. 14). By his motion, Wilson requests that the Court stay the scheduling order and scheduling order deadlines in this cause pending a determination of whether or not personal representatives or successors of the deceased Plaintiff will substitute and proceed with this action. While the Court is not inclined to stay the scheduling order, the Court will relieve the parties from complying with any scheduling order deadlines until further order of the Court.

**IT IS THEREFORE ORDERED** that Defendant Wilson's Motion to Stay Scheduling Order and Scheduling Order Deadlines filed February 23, 2011 (Clerk's Document No. 15) is **DENIED**. The parties are hereby relieved of complying with any scheduling order deadlines pending further order of the Court.

SIGNED this **1st** day of March, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE